# Exhibit A

Valley

P.O. Box 558
Wayne, NJ 07474-0558

| | |
|---|---|
| **Last Statement:** | February 23, 2026 |
| **Statement Ending:** | March 23, 2026 |
| **Page:** | 1 of 7 |

Email: contactus@valley.com
Visit Us Online: www.valley.com
Mail To: 1720 Route 23, Wayne, NJ 07470

GALINA GOLDBERG
DIP CASE #1-25-41152-JMM
104 W END AVE PH4
BROOKLYN NY 11235

# Account Statement

## ALL ACCESS CHECKING -

SUMMARY FOR THE PERIOD: 02/24/26 - 03/23/26

*GALINA GOLDBERG*

| Beginning Balance | + | Deposits & Other Credits | - | Withdrawals & Other Debits | = | Ending Balance |
|---|---|---|---|---|---|---|
| $12,752.61 | | $7,455.05 | | $7,575.25 | | $12,632.41 |

### TRANSACTIONS

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | Beginning Balance | | | $12,752.61 |
| 02/25 | ZELLE CREDIT<br>ZELLE EVGENIYA SAM US 800-522-4100 | | $13.00 | $12,765.61 |
| 02/26 | ZELLE CREDIT<br>ZELLE ITALK MEDIA, IN 800-522-4100 | | $1,502.03 | $14,267.64 |
| 02/26 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL SQ<br>TERIYAKI ONE Staten Is NY | -$42.73 | | $14,224.91 |
| 02/26 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL SQ<br>TERIYAKI ONE Staten Is NY | -$17.07 | | $14,207.84 |
| 02/27 | ZELLE CREDIT<br>ZELLE EVGENIYA SAM US 800-522-4100 | | $25.00 | $14,232.84 |
| 02/27 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL<br>AMAZON MKTPL B96WU 7881 Amzn com WA | -$36.69 | | $14,196.15 |
| 03/02 | ZELLE CREDIT<br>ZELLE EVGENIYA SAM US 800-522-4100 | | $12.00 | $14,208.15 |
| 03/02 | DEBIT PURCHASE | -$80.62 | | $14,127.53 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558

Account Number:
Statement Date: 03/23/2026


TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL DESSERT PALACE BOS C INC BROOKLYN NY | | | |
| 03/02 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL AMAZON MKTPL BE5CD 0KA2 Amzn com WA | -$10.88 | | $14,116.65 |
| 03/02 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL AMAZON PRIME TK8JP 1OR3 Amzn com WA | -$16.32 | | $14,100.33 |
| 03/03 | ZELLE CREDIT ZELLE EVGENIYA SAM US 800-522-4100 | | $20.00 | $14,120.33 |
| 03/03 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL MIMINO BROOKLYN NY | -$29.13 | | $14,091.20 |
| 03/03 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL SHORE DELI GROCERY CORP BROOKLYN NY | -$66.56 | | $14,024.64 |
| 03/03 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL CAFETERIA MAESTRO BROOKLYN NY | -$93.41 | | $13,931.23 |
| 03/03 | ACH DEBIT QUARTERLY FEE PAYMENT | -$250.00 | | $13,681.23 |
| 03/04 | ZELLE CREDIT ZELLE EVGENIYA SAM US 800-522-4100 | | $19.00 | $13,700.23 |
| 03/04 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL PHARMACY AT THE WA VE BROOKLYN NY | -$20.66 | | $13,679.57 |
| 03/04 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL AMAZON MKTPL BE1PQ 8EB1 Amzn com WA | -$52.83 | | $13,626.74 |
| 03/04 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL SHEIN COM 844 80225 NY | -$121.16 | | $13,505.58 |
| 03/05 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL PHARMACY AT THE WA VE BROOKLYN NY | -$132.03 | | $13,373.55 |
| 03/05 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL AMAZON MKTPL BE794 5LY0 Amzn com WA | -$10.85 | | $13,362.70 |
| 03/06 | DEBIT PURCHASE | -$102.34 | | $13,260.36 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley
P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:**
**Statement Date:** 03/23/2026


## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL MASUTA JAPANESE FU SION BROOKLYN NY | | | |
| 03/09 | ZELLE CREDIT ZELLE EVGENIYA SAM US 800-522-4100 | | $17.00 | $13,277.36 |
| 03/09 | MOBILE DEPOSIT | | $1,800.00 | $15,077.36 |
| 03/09 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL AMAZON MKTPL BE6TS 2SP1 Amzn com WA | -$25.56 | | $15,051.80 |
| 03/09 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL Amazon com BE4FR3K L1 Amzn com WA | -$25.08 | | $15,026.72 |
| 03/09 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL PHARMACY AT THE WA VE BROOKLYN NY | -$14.28 | | $15,012.44 |
| 03/09 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL UMI SUSHI SEAFOO D BUFFBROOKLYN NY | -$145.01 | | $14,867.43 |
| 03/09 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL IC INSTACART INSTACART CA | -$101.56 | | $14,765.87 |
| 03/09 | POS PURCHASE POS PURCHASE TERMINAL UBER *ONE MEMBERSH IP SAN FRANC CA | -$9.99 | | $14,755.88 |
| 03/09 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL IC INSTACART SHOP RITE INSTACART CA | -$87.99 | | $14,667.89 |
| 03/09 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL IC INSTACART SHOP RITE INSTACART CA | -$3.48 | | $14,664.41 |
| 03/09 | CHECK 1085 | -$4,500.00 | | $10,164.41 |
| 03/11 | ZELLE CREDIT ZELLE EVGENIYA SAM US 800-522-4100 | | $12.00 | $10,176.41 |
| 03/12 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL TST THE SMITH LI NCOLN New York NY | -$107.29 | | $10,069.12 |
| 03/13 | DEBIT PURCHASE MERCHANT PURCHASE TERMINAL 405522 NEPTUNE PETROLEUM INC BROOKLYN NY | -$66.00 | | $10,003.12 |
| 03/13 | DEBIT PURCHASE | -$104.51 | | $9,898.61 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558



## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL<br>TEMU COM 130 248 0 MA | | | |
| 03/13 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL OSP<br>QX605 Staten Islan703 37882 NY | -$312.35 | | $9,586.26 |
| 03/16 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL<br>SHEIN COM 844 80225 NY | -$22.39 | | $9,563.87 |
| 03/16 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL<br>AMAZON MKTPL BP3AE 1HI0 Amzn com WA | -$40.38 | | $9,523.49 |
| 03/16 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL IC<br>INSTACART SHOP RITE INSTACART CA | -$220.51 | | $9,302.98 |
| 03/16 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL IC<br>INSTACART SHOP RITE INSTACART CA | -$50.43 | | $9,252.55 |
| 03/16 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL IC<br>INSTACART SHOP RITE INSTACART CA | -$25.26 | | $9,227.29 |
| 03/17 | ZELLE CREDIT<br>ZELLE ITALK MEDIA, IN 800-522-4100 | | $2,500.00 | $11,727.29 |
| 03/17 | ZELLE CREDIT<br>ZELLE EVGENIYA SAM US 800-522-4100 | | $20.00 | $11,747.29 |
| 03/17 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL<br>CHERRY HILL GOURME T BROOKLYN NY | -$217.86 | | $11,529.43 |
| 03/18 | ZELLE CREDIT<br>ZELLE EVGENIYA SAM US 800-522-4100 | | $13.00 | $11,542.43 |
| 03/19 | ZELLE CREDIT<br>ZELLE ITALK MEDIA, IN 800-522-4100 | | $1,502.02 | $13,044.45 |
| 03/20 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL<br>SUSHI MIKASA BROOKLYN NY | -$125.47 | | $12,918.98 |
| 03/23 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL<br>AUNTIE ANNES 34008 10 WOODBRIDG NJ | -$10.32 | | $12,908.66 |
| 03/23 | DEBIT PURCHASE | -$9.38 | | $12,899.28 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley
P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:**
**Statement Date:** 03/23/2026


## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | MERCHANT PURCHASE TERMINAL AG<br>TRAVEL PLAZA 34 00801 WOODBRIDG NJ | | | |
| 03/23 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL<br>STARBUCKS 57892 34 00808 WOODBRIDG NJ | -$6.82 | | $12,892.46 |
| 03/23 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL<br>CHICK FIL A 340081 2 WOODBRIDG NJ | -$15.45 | | $12,877.01 |
| 03/23 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL<br>MARUICHI JAPANESE FOOD &PRINCETON NJ | -$40.48 | | $12,836.53 |
| 03/23 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL PY<br>KRISTINES PRINCETON NJ | -$100.17 | | $12,736.36 |
| 03/23 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL<br>CHEZ ALICE PRINCET ON PRINCETON NJ | -$18.77 | | $12,717.59 |
| 03/23 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL<br>MARUICHI JAPANESE FOOD &PRINCETON NJ | -$39.46 | | $12,678.13 |
| 03/23 | DEBIT PURCHASE<br>MERCHANT PURCHASE TERMINAL<br>Amazon com BD7891S T0 Amzn com WA | -$45.72 | | $12,632.41 |
| **Ending Balance** | | | | **$12,632.41** |

## CHECKS IN ORDER

| Date | Number | Amount |
|---|---|---|
| 03/09 | 1085 | $4,500.00 |

(*) Check Number Missing or Check Converted to Electronic Transaction and Listed under the Transaction section.

## OVERDRAFT FEES

| | Total This Period: | Total Year-To-Date: |
|---|---|---|
| **Total Overdraft Fees:** | $0.00 | $0.00 |
| **Total Return Fees** | $0.00 | $0.00 |


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.

Valley

P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:**
**Statement Date:** 03/23/2026


## Check Images for Account


Galina Goldberg
2906 Shell Road FL3
Brooklyn, NY 11224
1085
55-138/212
03/05/2026
Date
Pay to the Order of Valeriy Risin $ 4,500.00
Four Thousand five hundred Dollars
Valley Bank
For Rent

03/09/2026 # 1085 $4,500.00

:

Valley

P.O. Box 558
Wayne, NJ 07474-0558

**Account Number:**
**Statement Date:** 03/23/2026


## To Reconcile Your Account

1. Compare the checks listed as paid on your statement with the entries appearing in your checkbook to insure that they have been properly charged to your account.
2. Create a list of all checks that have been issued by you but have not been paid by Valley (Check(s) Outstanding).
3. Add to your checkbook balance any credit not already recorded in the checkbook.
4. Deduct from your checkbook any service charge or other charges (including automatic deductions) which you have not already recorded in your checkbook.
5. Follow the instructions listed in the Balance Reconciliation section below.

**Balance Reconciliation**

| | |
|---|---|
| 1 Enter ending statement balance | |
| 2 Add deposits recorded in your checkbook but not shown on this statement. | |
| 3 Total (1 plus 2 above) | |
| 4 Subtract total check(s) outstanding | |
| 5 Balance (3 less 4 should equal checkbook balance) | |

## Finance Charge Computation For Personal Line Of Credit

The Finance Charge that accrues in any monthly billing period is determined on each day in the monthly billing cycle by multiplying the Daily Periodic Rate by the outstanding principal balance (after subtracting payments and adding advances posted that day); then we add the results of these calculations for the number of days in the billing cycle. The Daily Periodic Rate is the Annual Percentage Rate in effect during the monthly billing cycle divided by 365.

## In Case Of Errors Or Questions About Your Personal Line Of Credit Transactions

**A. Pursuant To The Federal Fair Credit Billing Act**

If you think your statement is wrong or if you need more information about checking transactions on your statement which did not arise from an electronic transfer, write us as soon as possible at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can contact us at 800-522-4100, but doing so will not preserve your rights. In your letter, give us your name and account number and the dollar amount of the suspected error. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**B. Under Applicable State Law**

If you rely upon the 3 months period provided by state law, you may lose important rights that could be preserved by action more promptly under the federal law described in the first paragraph in this section. State law provisions apply only after expiration of the time period for submitting a proper written notice of a billing error under federal law.

## In Case Of Error Or Questions About Your Electronic Transfers (Pursuant to the Electronic Fund Transfer Act. Applicable to personal accounts only; does not pertain to wire transfers.)

If you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt, please contact us at 800-522-4100; write us at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. Tell us your name and account number and the dollar amount of the suspected error. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this or 20 business days if your notice of error involves an electronic fund transfer to or from the account within 30 days after the first deposit to the account was made, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**For additional terms and conditions applicable to your account statement, please refer to your account agreement.**


© 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.